UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Imhotep A. Muhammad

(Enter above the full name of
plaintiff in this action)

v.

Erik Cummings
Ryan Dehaven
Brendan Kelley
Amy Schwarzl

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:24-CV-1994.
(to be supplied by Clerk
of the District Court)

**FILED**
HARRISBURG, PA

NOV 18 2024

PER _____
DEPUTY CLERK

please see packet attachment for full list.

## COMPLAINT

1. The plaintiff __Imhotep A. Muhammad__ a citizen of the County of __Dauphin__ State of Pennsylvania, residing at __2140 N 7th Street, Harrisburg, PA__ wishes to file a complaint under __1983 Civil Action (Abuse of power)__
(give Title No. etc.)

2. The defendant is __A Pennsylvania State trooper, who is station at Trooper H- 8000 Bretz Drive Harrisburg, PA 17112__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __May/13/2021, Erik Cummings__
I am working on gathering exhibits.

3. (CONTINUED) and his partner subjected me to an illegal search and seizure, along with excessive force, assault, false arrest and false charges. I was subjected to a highly illegal criminal proceeding all in a attempt to cover up this unlawful police conduct. Malicious prosecution, perjury, forgery, Racial profiling, wrongful conviction. Please review the 1983 civil packet to receive more details. There are a lot of issues that are serious and needs to be addressed. Please see page 9, for more detail for statement of facts.

4. WHEREFORE, plaintiff prays that Damages and Relief is granted in his favor, for reason's mentioned in the 1983 relief section of the complaint. Please see page 87 in the packet for more details on relief.

_____
(Signature of Plaintiff)

Imhotep Muhammad
(Printed Name of Plaintiff)

2140 N 7th st Harrisburg, PA 17110
(Address of Plaintiff)

717-562-6375
(Phone Number of Plaintiff)